IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAVANNAH WILSON and | * | |
| ANTHONY WILSON, Parents | * | |
| and Next Friends of | * | |
| L⬛⬛⬛ W⬛⬛⬛, Infant | * | |
| 615 Columbia Avenue | * | |
| Cumberland, Maryland 21502 | * | |
| | * | |
| and | * | Civil No. |
| | * | |
| SAVANNAH WILSON | * | |
| 615 Columbia Avenue | * | |
| Cumberland, Maryland 21502 | * | |
| | * | |
| and | * | |
| | * | |
| ANTHONY WILSON | * | |
| 615 Columbia Avenue | * | |
| Cumberland, Maryland 21502 | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| ZAID EMIL ABOU HAIDAR, M.D. | * | |
| 600 Memorial Drive #302 | * | |
| Cumberland, Maryland 21502 | * | |
| | * | |
| and | * | |
| | * | |
| TRI-STATE COMMUNITY | * | |
| HEALTH CENTER, INC. | * | |
| a/k/a TRI-STATE WOMEN'S | * | |
| HEALTH CENTER | * | |
| 130-32 West Main Street | * | |
| Hagerstown, Maryland 21740 | * | |
| Serve on Resident Agent: | * | |
| Ralph Donnelly | * | |
| 5246 Western Pike | * | |
| Hancock, Maryland 21750 | * | |

|                                                          |     |
|----------------------------------------------------------|-----|
|                                                          | *   |
| and                                                      | *   |
|                                                          | *   |
| WESTERN MARYLAND HEALTH                                  | *   |
| SYSTEM CORPORATION a/k/a                                 | *   |
| WESTERN MARYLAND HEALTH                                  | *   |
| SYSTEM, INC. a/k/a SACRED HEART                          | *   |
| HOSPITAL OF THE SISTERS OF                               | *   |
| CHARITY, INC. a/k/a WMHS                                 | *   |
| BRADDOCK HOSPITAL                                        | *   |
| CORPORATION a/k/a WMHS, INC.                             | *   |
|   Serve on Resident Agent:                               | *   |
|   Jeffrey S. Getty                                       | *   |
|   21 Prospect Square                                     | *   |
|   Cumberland, Maryland 21502                             | *   |
|                                                          | *   |
|   Defendants,                                            | *   |

* * * * * * *

## NOTICE OF REMOVAL

The United States of America, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joseph R. Baldwin, Assistant United States Attorney for said District, respectfully represents:

1. Tri-State Community Health Center, Inc. and Zaid Emil Abou Haidar, M.D. are named defendants in an action pending in the Circuit Court of Allegany County, Maryland, Case No. 01-C-10-033777. No trial date has yet been set in the case. Copies of all processes, pleadings, and

2

orders served on Tri-State Community Health Center, Inc. and Zaid Emil Abou Haidar, M.D. in

such action are attached hereto and marked as Exhibit 1.[1]

    2.  With regard to the allegations in the complaint against Tri-State Community Health

Center, Inc., it was, at all relevant times, a deemed federally supported health center pursuant to

the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233.  A copy of the deeming

letters covering the periods January 1, 2006 through December 31, 2010,[2] are attached as Exhibit

2.

    3.  By operation of the Federally Supported Health Centers Assistance Act (42 U.S.C. §

233(g)-(n)), the health center and its employees are covered under the Federal Tort Claims Act,

28 U.S.C. §§ 1346(b), 2401(b), 2671-80.  As a federally supported health center, Tri-State

Community Health Center, Inc. and its employees are considered "federal employees" whose acts

of alleged negligence fall within the provisions of the Federal Tort Claims Act, 28 U.S.C. §§

2671 et seq.

    4.  The Federally Supported Health Centers Assistance Act further provides that:

---

[1]The United States recently became aware that the first name of Ziad Emil Abou Haidar, M.D. was misspelled as "Zaid" in the complaint filed in Allegany County, Maryland and the Certification filed herewith.  The United States will file a Motion for Substitution in the near future that substitutes the United States as the only defendant in this action.

[2]The Secretary of Health and Human Services deemed Tri-State Community Health Center, Inc., eligible for coverage under the Federal Tort Claims Act, pursuant to the Federally Supported Health Centers Assistance Act, on January 1, 2006, January 1, 2007, January 1, 2008, January 1, 2009  and January 1, 2010.  See 42 U.S.C. § 233(h) (deeming criteria).

Upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed . . . to the district court of the United States. . . .

42 U.S.C. § 233(c).

5. By virtue of the authority vested in him by the Attorney General under 28 C.F.R. § 15.4, the United States Attorney for the District of Maryland, Rod J. Rosenstein, executed a certification that Tri-State Community Health Center, Inc. and Zaid Emil Abou Haidar, M.D., were acting within the scope of its employment at the time of the alleged occurrence pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233(c). The Certification is attached hereto as Exhibit 3.

6. Pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233, the above-captioned action is one which may be removed at any time before trial without bond to this Court because (a) plaintiffs in this action seek judgment for damages resulting from the alleged negligent actions by Zaid Emil Abou Haidar and Tri-State Community Health Center, Inc.; (b) at the time of the alleged occurrence, Tri-State Community Health Center, Inc. and its employees were considered "federal employees;" and (c) remedy by suit within the meaning of 42 U.S.C. § 233(a) is, therefore, available to the plaintiffs against the United States.

7. A removal of this type shall be deemed a tort action brought against the United States and this remedy shall be exclusive of any other civil action or proceeding against Zaid Emil Abou Haidar, M.D. and Tri-State Community Health Center, Inc. by reason of the same subject matter. 28 U.S.C. § 2679 and 42 U.S.C. § 233(a) and (c).

8.  The United States will request from the Circuit Court of Allegany County all additional documents on file in that court and file those documents with this court within 30 days pursuant to Local Rule 103.5(a).

WHEREFORE, the claim against Zaid Emil Abou Haidar, M.D. and Tri-State Community Health Center, Inc. now pending in the Circuit Court for Allegany County is properly removed pursuant to 28 U.S.C. §§ 1346, 1441, 1442, 1446, 2401, 2671-2680 and 42 U.S.C. § 233.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

Joseph R. Baldwin
Assistant United States Attorney
Bar No. 29290
36 S. Charles St., 4th Fl.
Baltimore, Maryland 21201
410-209-4800
Joseph.Baldwin@usdoj.gov

This Notice of Removal has been signed pursuant to Rule 11, Federal Rules of Civil Procedure.

Joseph R. Baldwin
Assistant United States Attorney

5