IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAVANNAH WILSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | CASE NO. 1:2010-cv-02590 |
| ZAID HAIDAR., et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), please enter the above-captioned case as DISMISSED WITHOUT PREJUDICE.

                        __/s/_____
                        Gary E. Dumer, Jr. (# 23757)
                        Dumer, Harrison & Barnes, P.A.
                        31 East Lee Street
                        Bel Air, Maryland  21014
                        (443) 602-3939
                        Attorneys for Plaintiffs

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2010, a copy of the foregoing Notice of Dismissal Without Prejudice was mailed, postage prepaid, to:

> Amy B. Heinrich, Esquire
> Craig B. Merkle, Esquire
> Deborah C. Parraz, Esquire
> Goodell, Devries, Leech & Dann, L.L.P.
> One South Street, 20th Floor
> Baltimore, Maryland  21202
>
> Rod J. Rosenstein, Esquire
> Joseph R. Baldwin, Esquire
> Assistant United States Attorneys
> 36 South Charles Street
> 4th Floor
> Baltimore, Maryland 21201

_____/s/_____
Gary E. Dumer, Jr.